IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**KERI PANNELL**     **PLAINTIFF**

**VS.**     **CAUSE NO.: 1:18CV153-GHD-DAS**

**BRANDON RUPLE**     **DEFENDANT**

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

CAME ON for consideration before the Court the joint *ore tenus* motion of the parties for an Order of Dismissal With Prejudice as a result of settlement of any and all claims against all parties, and the Court finding the motion is well taken;

IT IS, THEREFORE, ORDERED AND ADJUDGED that the this cause be, and hereby is, dismissed with prejudice as to any and all claims against all parties with each party bearing their own costs.

SO ORDERED AND ADJUDGED, this the 15th day of Oct, 2019.

_____
SENIOR U.S. DISTRICT JUDGE


AGREED AS TO FORM AND CONTENT:

/s/ Walter Alan Davis, Esq.
_____
Walter Alan Davis, Esq.
*Attorney for Plaintiff*

/s/ Bo R. Brock, Esq.
_____
Bo R. Brock, Esq.
*Attorney for Defendant*